

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Caption:
Carmon Dixon-Rollins

Full name(s) of Plaintiff(s)

v.

City of Philadelphia
Captain John McCloskey
Jackie Killen

Full name(s) of Defendant(s)

**COMPLAINT FOR EMPLOYMENT DISCRIMINATION**

CIVIL ACTION NO. 14 6945

This action is brought for discrimination in employment pursuant to (check only those that apply):

✓ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).
***NOTE:*** *In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue Letter from the Equal Employment Opportunity Commission.*

____ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621-634.
***NOTE:*** *In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission, and you must have been at least 40 years old at the time you believe that you were discriminated against.*

____ Americans with Disability Act of 1990, as codified, 42 U.S.C. §§ 12112-12117.
***NOTE:*** *In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue Letter from the Equal Employment Opportunity Commission.*

____ Pennsylvania Human Relations Act, as codified, 43 Pa. Cons. Stat. §§ 951-963 (race, color, family status, religious creed, ancestry, handicap or disability, age, sex, national origin, the use of a guide or support animal because of blindness, deafness or physical handicap of the user or because the user is a handler or trainer of support or guide animals).

(Rev. 10/2009)

***NOTE:** In order to bring suit in federal district court under the Pennsylvania Human Relations Act, you must first file a complaint with the Pennsylvania Human Relations Commission or the Philadelphia Commission on Human Relations, and then you must wait one year prior to filing a lawsuit.*

**I. Parties in this complaint:**

A. List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff
Name: Carmon Dixon-Rollins
Street Address: 4695 Fifth Church Lane SE
County, City: Smyrna
State & Zip: GA. 30080
Telephone Number: (267) 997-6186

B. List all defendants' names and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the caption on the first page. Attach additional sheets of paper as necessary.

Defendant
Name: City of Philadelphia
Street Address: 750 Race Street
County, City: Philadelphia
State & Zip: PA 19106
Telephone Number: (215) 686-3280

C. The address at which I sought employment or was employed by the defendant(s) is:

Employer: City of Philadelphia (Police Department)
Street Address: 750 RACE STREET
County, City: Philadelphia
State & Zip: PA 19106
Telephone Number: (215) 686-3280

**II. Statement of the Claim**

A. The discriminatory conduct of which I complain in this action includes (*check only those that apply to your case*):

____ Failure to hire me

____ Termination of my employment

____ Failure to promote me

Captain John McCloskey (15th Dist)
Harbison and Levick Street
Phila, Pa 19149
(215) 686-3150

Jackie Killen (Police Officer)
5960 North Broad (35th District)
Phila, Pa 19141
(215) 686-3350

____ Failure to reasonably accommodate my disability

____ Failure to reasonably accommodate my religion

✓ Failure to stop harassment

✓ Unequal terms and conditions of my employment

✓ Retaliation

✓ Other (*specify*): Failure to transfer me, when approved.

**NOTE:** *Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court.*

B. It is my best recollection that the alleged discriminatory acts occurred or began on or about: (month) 9, (day)________, (year) 2010.

C. I believe that the defendant(s) (check one):

✓ is still committing these acts against me.
____ is **not** still committing these acts against me.

D. Defendant(s) discriminated against me based on my (*check only those that apply and state the basis for discrimination, for example, what is your religion, if religious discrimination is alleged*):

✓ race Black

____ color ____________

____ religion ____________

✓ gender/sex Female

____ national origin ____________

____ age My date of birth is ____________ (*Give your date of birth only if you are asserting a claim of age discrimination)*

E. The facts of my case are as follow (*attach additional sheets of paper as necessary):*

1. Aprox 2009/2010 I constantly Harrassed By Police officer Jackie Killen. While I was servicing complaints she would embarrass me by making Smart Remarks in Reference to the advice I would give the complainants in Front of them. When I reported these Incident To The Operation Room Supervisor The Harrassment Got worse.

A. My work was Thrown in the Trash or Hidden by P/o Killen & others. This Also went Report.

2. There were 4 Assignments to be Filled in The Operations Room, which at weeks at a Time I was Assigned 2 or more of the 4 Assignment Allowing P/o Killen To Come in Hours Late or work Patrol. This To went Reported To The Operations Room Supervisor and Captain McCloskey. P/o Killen was paid (carried) for the Times Late.

The Negative Comments made by P/o Killen was mostly in Ref to my charater of Practicing Christianity. She would bump me in the halls, which one of times she called me a "bitch".

3. I Requested To work patrol the days P/o Killen is Assigned The Operation Room To Avoid A Hostil & Humiliating Envioment. Sgt. McNamme would Honor my Request, but when he is off, my Assignment would

changed by P/o Killen's Supervisor (whom which she is friends with). An example of this, was a 4x12A shift I was assigned to word Patrol & was informed the day before, I prepared myself & headed to roll call, at 4:00pm. Operation Room Staff was due to Report at 2:30pm which P/o Killen was Assigned. P/o Killen & Her Supervisor began wispering & laughing. Her Supervisor then called me ~~over~~ over to inform me my assignment has changed to the Operation Room. They both began To Laugh. I changed inside the locker room to prepare to work my Reassignment.

4. One Day Inside The Operation Room P/o Killen Called me a "Black Bitch". (Before the Shift, I Notified Sgt. Schovione of the on-going Harrassment by Killen. This Day she Didn't Report For Duty until Approx 7pm, But was Paid For 8Hrs) I Responded by telling her I'm Through Putting up with harrassment. I Request an Investigation & Discipline & I was immediately Assigned To Another Squad where the harrassment got even worse.

5- While patrolling in my Radio Patrol Car, I was called back to Headquaters by the lieutenant of the Squad I was newly Assigned to. I was Ordered To Give my Patrol Car to 5 Squad officers (The Captain's Squad) and for me To take Thier Patrol Car.

When Attempting To Switch Cars I Noticed Thier Patrol Car was Severly Damaged. The Door wouldn't Shut All the way ~~Door~~ Due To The Door Frame Being Damaged & The Glass Window was Completely broken out. The Glass Still Remained on the Seats & Floor inside of The Vehicle. I Notified the Same Lieutentant & I was Ordered to Get A Broom & Sweep it out & use it for the Day's Assignment of Patrol. As I swept the Glass out the vehicle I began Crying, while 4 male (White) officers from 5 Squad & Killen's Supervisor & my Immediate Supervisor Stood & watched. The 4 male & Killen's Supervisor began laughing uncontrollably.

6 While Responding To A Radio Call OF Gun Shots, Several Officers and a Supervisor Answered, to responded To the call.
I was the only officer that went to the shooting ~~location~~ Location & handled the case alone.
I was not receiving back up on High Priority calls.

7 After Fearing For my Saftey I Resquested A meeting with The Inspector of Northwest. After Explaining the On-Going Incident & Fear for my Safety, my Temporarily Transfer Request was Granted to The 39th Dist.

8 While working in the 39th Dist Captain McClosky Attempted to punish me for uninvestigated. paper. After The 39th Dist's Lieutenant (Blackmon) Explained to him he had no Grounds, I was never punished.

9 I Recieved 15 days (SUSPENSION) FOR INSUBORDINATION FOR THE (NAME CALLING INCIDENT W/ P/O Killen "black bitch) & A Repremand FOR OFFICER UNbecoming. P/o Killen Recieved NO consequence FOR Her behavior. I WAS discreetly trasferred to the 2nd Dist w/o Notice, And without Captian McCloskey's knowledge.

10 While at the 2nd District McCloskey WAS caught IN CORRUPTION & WAS Not punished but WAS transferred to the 15th Dist (A Dist OF His Choice). I Lived IN the 15th Dist And the 15th Dist Shares the Same building as the 2nd. I WAS Recently approved to go to Serveral Units. The FOP President Had A meeting WITH Deputy Commissioner Ross IN Reference to my situation & Requested my transfer AWAY FROM McCloskey. It WAS Denied.

11. I began experiencing Vandalizism To my Home & vehicle & made Aprox 9 Reports. I Also NOTIFIED Captain McCloskey IN MEMO FORM Asking FOR Help. My Request went Ecnored. This Continue until it Become unbearible For me, And I moved TO GA.

11. AT The times OF my suspension, I I request Arbitration which I Never Received.

**NOTE:** *As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, the Pennsylvania Human Relations Commission, or the Philadelphia Commission on Human Relations.*

**III. Exhaustion of Administrative Remedies:**

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on: 2010 & 6-13-2011 (*Date*). & 2013
EEOC NO. 17F20116 1830, EEOC NO. 201304610

B. The Equal Employment Opportunity Commission (*check one*):

____ has not issued a Notice of Right to Sue Letter.
✓ issued a Notice of Right to Sue Letter, which I received on 9/28/2014 (*Date*).

**NOTE:** *Attach to this complaint a copy of the Notice of Right to Sue Letter from the Equal Employment Opportunity Commission.*

C. *Only plaintiffs alleging age discrimination must answer this question.*

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct (*check one*):

✓ 60 days or more have passed.
____ fewer than 60 days have passed.

D. It is my best recollection that I filed a charge with the Pennsylvania Human Relations Commission or the Philadelphia Commission on Human Relations regarding the defendant's alleged discriminatory conduct on: ~~6-2011~~ 6/2011 (*Date*).

E. Since filing my charge of discrimination with the Pennsylvania Human Relations Commission or the Philadelphia Commission on Human Relations regarding the defendant's alleged discriminatory conduct (*check one*):

✓ One year or more has passed.
____ Less than one year has passed.

**IV. Relief**

**WHEREFORE**, Plaintiff prays that the Court grant such relief as may be appropriate, including injunctive orders, damages, and costs as well as (*check only those that apply*):

____ Direct the defendant to hire the plaintiff.

____ Direct the defendant to re-employ the plaintiff.

____ Direct the defendant to promote the plaintiff.

____ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

____ Direct the defendant to reasonably accommodate the plaintiff's religion.

____ Direct the defendant to (*specify*): ____________________

✓ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

✓ Other (*specify*): PAIN & SUFFERING & EMOTIONAL DISTRESS Aggravated damages.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 15 day of November 2014.

Signature of Plaintiff [signature]
Address 4695 N. Church Lane SE
APT 9202
Smyrna GA. 30080

Telephone number (267) 997-6186
Fax number (*if you have one*) ____________________

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**U.S. COURTHOUSE**
**INDEPENDENCE MALL WEST**
**601 MARKET STREET**
**PHILADELPHIA, PA. 19106-1797**

November 19, 2014

Dear Petitioner:

Carmon Dixon-Rollins
4695 North Church Lane, SE
Apt 9202
Smyrna, GA 30080

**Complaint(s) / Appeal(s) - Missing the following:**

( ) Civil Cover Sheet

✓ ( X ) Designation Form — Completed

✓ ( X ) Case Management Track Designation Form — Completed.

( ) Full Filing Fee / IFP Statement
1.) Complaint Fee - $400.00
2.) Appeal Fee - $505.00
3.) Habeas Fee - $5.00

( ) Claim for relief

**Other:**

**Regarding**: In order for the U.S. District Court to process your Complaint the enclosed Designation form and Case Management Track form must be completed in its entirety, including checking off ONLY ONE BOX in the highlighted areas.

Very truly yours,
MICHAEL E. KUNZ
CLERK

Encl:



UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Caption:
Carmon Dixon-Rollins

*Full name(s) of Plaintiff(s)*

v.

City of Philadelphia
Captain John McCloskey
Jackie Killen
*Full name(s) of Defendant(s)*

**COMPLAINT FOR EMPLOYMENT DISCRIMINATION**

CIVIL ACTION NO. 14 6945

This action is brought for discrimination in employment pursuant to (check only those that apply):

✓ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).
***NOTE:*** *In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue Letter from the Equal Employment Opportunity Commission.*

____ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621-634.
***NOTE:*** *In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission, and you must have been at least 40 years old at the time you believe that you were discriminated against.*

____ Americans with Disability Act of 1990, as codified, 42 U.S.C. §§ 12112-12117.
***NOTE:*** *In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue Letter from the Equal Employment Opportunity Commission.*

____ Pennsylvania Human Relations Act, as codified, 43 Pa. Cons. Stat. §§ 951-963 (race, color, family status, religious creed, ancestry, handicap or disability, age, sex, national origin, the use of a guide or support animal because of blindness, deafness or physical handicap of the user or because the user is a handler or trainer of support or guide animals).

(Rev. 10/2009)



**U.S. Department of Justice**

Civil Rights Division

NOTICE OF RIGHT TO SUE
WITHIN 90 DAYS

CERTIFIED MAIL
2015 1543

*950 Pennsylvania Avenue, N.W.*
*Karen Ferguson, EMP, PHB, Room 4239*
*Washington, DC 20530*

September 18, 2014

Ms. Carmon Dixon-Rollins
4695 North Church Lane SE
Apt. 9202
Smyrna, GA 30080

Re: EEOC Charge Against City of Philadelphia, Police Dept.
No. 17F201460589

Dear Ms. Dixon-Rollins:

Because you filed the above charge with the Equal Employment Opportunity Commission, and more than 180 days have elapsed since the date the Commission assumed jurisdiction over the charge, and no suit based thereon has been filed by this Department, and because you have specifically requested this Notice, you are hereby notified that you have the right to institute a civil action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e, et seq., against the above-named respondent.

If you choose to commence a civil action, such suit must be filed in the appropriate Court within 90 days of your receipt of this Notice. If you cannot afford or are unable to retain an attorney to represent you, the Court may, at its discretion, assist you in obtaining an attorney. If you plan to ask the Court to help you find an attorney, you must make this request of the Court in the form and manner it requires. Your request to the Court should be made well before the end of the time period mentioned above. A request for representation does not relieve you of the obligation to file suit within this 90-day period.

The investigative file pertaining to your case is located in the EEOC Philadelphia District Office, Philadelphia, PA.

This Notice should not be taken to mean that the Department of Justice has made a judgment as to whether or not your case is meritorious.

Sincerely,

Molly J. Moran
Acting Assistant Attorney General
Civil Rights Division

by Karen J. Ferguson

Karen L. Ferguson
Supervisory Civil Rights Analyst
Employment Litigation Section

cc: Philadelphia District Office, EEOC
City of Philadelphia, Police Dept.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**U.S. COURTHOUSE**
**INDEPENDENCE MALL WEST**
**601 MARKET STREET**
**PHILADELPHIA, PA. 19106-1797**

November 19, 2014

Dear Petitioner:

Carmon Dixon-Rollins
4695 North Church Lane, SE
Apt 9202
Smyrna, GA 30080

**Complaint(s) / Appeal(s) - Missing the following:**

( ) Civil Cover Sheet

( X ) Designation Form

( X ) Case Management Track Designation Form

( ) Full Filing Fee / IFP Statement
1.) Complaint Fee - $400.00
2.) Appeal Fee - $505.00
3.) Habeas Fee - $5.00

( ) Claim for relief

**Other:**

**Regarding**: In order for the U.S. District Court to process your Complaint the enclosed Designation form and Case Management Track form must be completed in its entirety, including checking off ONLY ONE BOX in the highlighted areas.

Very truly yours,
MICHAEL E. KUNZ
CLERK

Encl: